1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JERRY COBB,                                   CASE NO. 1:10-cv-00642-SKO PC

10                      Plaintiff,               ORDER DISCHARGING ORDER TO SHOW
                                                 CAUSE
11        v.

12  KATHY MENDOZA-POWERS, et al.,

13                      Defendants.
                                            /
14

15        Plaintiff Jerry Cobb ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 16, 2010, the Court ordered

17  Plaintiff to show cause why sanctions should not issue for Plaintiff's failure to obey a court order.

18  (Doc. #8.)  The order to show cause was issued after Plaintiff failed to complete and return a consent

19  or request for reassignment form.  Plaintiff submitted the required form on August 24, 2010.  (Doc.

20  #10.)

21        Accordingly, it is HEREBY ORDERED that the August 16, 2010 order to show cause is

22  DISCHARGED.

23

24  IT IS SO ORDERED.

25  **Dated:    November 10, 2010**            _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28

1