# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COBB, | CASE NO. 1:10-cv-00642-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| KATHY MENDOZA-POWERS, et al., | (ECF No. 23) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Jerry Cobb, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 24, 2010, pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants Chastagner, Mendoza-Powers, and Reynolds for violations of the First Amendment and the Religious Land use and Institutionalized Persons Act. .

On May 23, 2011, Defendants filed a motion to dismiss. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss within **thirty (30) days** from the date of service of this order; and
2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 24, 2011**          /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE

1