# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COBB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:10-cv–00642-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 39) |

Plaintiff Jerry Cobb is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2012, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objection to the Findings and Recommendations was to be filed within thirty days. More than thirty days have passed and none of the parties have filed an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　The Findings and Recommendations, filed April 5, 2012, is adopted in full; and

2.　This action shall proceed on Plaintiff's First Amended Complaint, filed March 6, 2012, against Defendants Mendoza-Powers, Chastagner, and Reynolds for violation

    of the Free Exercise Clause of the First Amendment for monetary damages;

3. Plaintiff's Eighth Amendment, Fourteenth Amendment, and state constitutional claims are dismissed, with prejudice, for failure to state a claim under section 1983;

4. Plaintiff's requests for declaratory and injunctive relief are dismissed for failure to state a claim under section 1983;

5. Defendant Woodford is dismissed, with prejudice, based upon Plaintiff's failure to state a cognizable claim against her; and

6. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated: May 16, 2012**    /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE