# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COBB, | CASE NO. 1:10-cv–00642-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| KATHY MENDOZA-POWERS, et al., | (ECF No. 37) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Jerry Cobb is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint, filed March 6, 2012, against Defendants Mendoza-Powers, Chastagner, and Reynolds for violation of the Free Exercise Clause of the First Amendment for monetary damages. On March 19, 2012, Defendants filed a Motion to Dismiss the First Amended Complaint. (ECF No. 37.) Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). Upon review of Defendants' Motion to Dismiss, the Court shall order Plaintiff to respond to the motion specifically addressing Defendants' claim that they are entitled to qualified immunity.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file an opposition or a statement of non-opposition to Defendants' Motion to Dismiss within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: May 16, 2012           /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

1