1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JERRY COBB,                                      CASE NO. 1:10-cv–00642-LJO-BAM PC

10                            Plaintiff,             ORDER REQUIRING PLAINTIFF TO
                                                    RESPOND TO DEFENDANT'S MOTION TO
11          v.                                      DISMISS

12   KATHY MENDOZA-POWERS, et al.,                  (ECF No. 37)

13                            Defendants.           THIRTY-DAY DEADLINE
                                            /
14

15          Plaintiff Jerry Cobb is a state prisoner proceeding pro se and in forma pauperis in this civil

16   rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's First Amended

17   Complaint, filed March 6, 2012, against Defendants Mendoza-Powers, Chastagner, and Reynolds

18   for violation of the Free Exercise Clause of the First Amendment for monetary damages.  On March

19   19, 2012, Defendants filed a Motion to Dismiss the First Amended Complaint.  (ECF No. 37.)

20   Plaintiff failed to file an opposition or a statement of non-opposition to the motion.  Local Rule

21   230(l).  Upon review of Defendants' Motion to Dismiss, the Court shall order Plaintiff to respond

22   to the motion specifically addressing Defendants' claim that they are entitled to qualified immunity.

23          Accordingly, it is HEREBY ORDERED that Plaintiff shall file an opposition or a statement

24   of non-opposition to Defendants' Motion to Dismiss within **thirty (30) days** from the date of service

25   of this order.

26          IT IS SO ORDERED.

27    **Dated:    May 16, 2012**                    **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE
28

1