# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COBB, | CASE NO. 1:10-cv–00642-LJO-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' NOTICE OF WITHDRAWAL OF STATEMENT OF NON-OPPOSITION |
| v. | |
| KATHY MENDOZA-POWERS, et al., | (ECF No. 46, 47) |
| Defendants. | |

Plaintiff Jerry Cobb is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint, filed March 6, 2012, against Defendants Mendoza-Powers, Chastagner, and Reynolds for violation of the Free Exercise Clause of the First Amendment for monetary damages. On July 24, 2012, Defendants filed a statement of non-opposition to Plaintiff's motion for voluntary dismissal and a notice of withdrawal. (ECF Nos. 46, 47.)

Accordingly, Defendants' statement of non-opposition is HEREBY WITHDRAWN.

IT IS SO ORDERED.

Dated: **July 25, 2012**          **/s/ Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE

1