# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY COBB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:10-cv–00642-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' NOTICE OF WITHDRAWAL OF STATEMENT OF NON-OPPOSITION<br><br>(ECF No. 46, 47) |

　　　Plaintiff Jerry Cobb is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint, filed March 6, 2012, against Defendants Mendoza-Powers, Chastagner, and Reynolds for violation of the Free Exercise Clause of the First Amendment for monetary damages. On July 24, 2012, Defendants filed a statement of non-opposition to Plaintiff's motion for voluntary dismissal and a notice of withdrawal. (ECF Nos. 46, 47.)

　　　Accordingly, Defendants' statement of non-opposition is HEREBY WITHDRAWN.

　　　IT IS SO ORDERED.

　　Dated: __July 25, 2012__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1